UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

          Plaintiff,

- against -

RFR Holding LLC,

          Defendant.

23-cv-6051 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The pre-motion conference on **Tuesday, September 19, 2023**, at **4:30 p.m.** is adjourned to **Thursday, September 28, 2023**, at **3:30 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
          September 15, 2023

                                      John G. Koeltl
                                  United States District Judge