UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

              Plaintiff,

- against -

RFR Holding LLC,

              Defendant.

23-cv-6051 (JGK) (OTW)

ORDER

JOHN G. KOELTL, District Judge:

The defendant is directed to file the motion to dismiss by **October 13, 2023**. The plaintiff must respond by **October 27, 2023**. The defendant must reply by **November 8, 2023**.

SO ORDERED.

Dated:    New York, New York
            September 28, 2023

                                        John G. Koeltl
                                   United States District Judge