UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK HALL,

                Plaintiff(s)

                23 civ 6051 (JGK)

    -against-

RFR HOLDING, LLC,

                Defendant(s).
-----------------------------------------------------------X

## ORDER

A scheduling order having been entered and the matter having been referred to the magistrate judge on September 28, 2023,

The November 8, 2023 conference is canceled.

**SO ORDERED.**

                                                        _____
                                                        **JOHN G. KOELTL**
                                                 **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       November 1, 2023