UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,                           23-cv-6051 (JGK)

             Plaintiff,           ORDER

    - against -

RFR Holding LLC,

             Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone on **January 10, 2024**, at **2:30 p.m.**, for oral argument on the motion to dismiss.

    Dial-in: 888-363-4749, with access code 8140049.

    The anticipated motion to quash the subpoena to Marriott International, Inc., and the letter motion for a conference are stayed pending a decision on the motion to dismiss.

**SO ORDERED.**

Dated:  New York, New York
       December 18, 2023

                                                  John G. Koeltl
                                      United States District Judge