```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

PATRICK HALL,                                23-cv-6051 (JGK)

                Plaintiff,           ORDER

    - against -

RFR Holding LLC,

                Defendant.

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record today, the plaintiff's motion to file an amended complaint is **granted**. The defendant's motion to dismiss the current complaint, ECF No. 24, is **denied** without prejudice as moot. The Clerk is directed to close ECF Nos. 24 and 30.

    The time for the plaintiff to file an amended complaint is **January 26, 2024.** The time for the defendant to answer the amended complaint is **February 16, 2024.**

    The subpoena to Marriott International, Inc. ("Marriott") is **withdrawn**. Accordingly, the letter motion for a conference on the anticipated motion to quash the subpoena, ECF No. 34, is **denied** as moot. The Clerk is directed to close ECF Nos. 33 and 34.

    The time to complete discovery is extended to **April 8, 2024.** The parties are directed to submit a revised scheduling order by **January 19, 2024.**

The parties are directed to file a joint letter by **January 19, 2024,** on whether the assistance of the Magistrate Judge would be helpful for the purposes of settlement.

**SO ORDERED.**

Dated:   New York, New York
         January 10, 2024

/s/ John G. Koeltl
John G. Koeltl
United States District Judge