**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
PATRICK HALL,                                               :
                                                            :
                Plaintiff,                            :    23-CV-6051 (JGK) (OTW)
                                                            :
                -against-                             :    **SCHEDULING ORDER**
                                                            :
RFR HOLDING LLC,                                            :
                                                            :
                Defendant.                            :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court has reviewed the parties' letters. (*See* ECF Nos. 55 and 56). The Court will hold a status conference in this matter on **Tuesday, June 4, 2024 at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer in good faith prior to the conference regarding the outstanding discovery dispute(s). The parties are further directed to file a joint proposed conference agenda **by Friday, May 31, 2024**, briefing describing the outstanding dispute(s) and the steps taken to resolve them without Court intervention.

      The Clerk of Court is respectfully directed to close ECF Nos. 55 and 56.

      SO ORDERED.

                                                                                   */s/ Ona T. Wang*

Dated: May 21, 2024                                              **Ona T. Wang**
       New York, New York                              United States Magistrate Judge