**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
PATRICK HALL,                                              :
                                                           :
                Plaintiff,        :       23-CV-6051 (JGK) (OTW)
                                                           :
                -against-        :
                                                           :       **POST-CONFERENCE ORDER**
RFR HOLDING LLC,                                           :
                                                           :
                Defendant.       :
-----------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

      The Court held a status conference in this matter on Tuesday, June 4, 2024. As ordered on the record:

1. Mark Killingsworth's deposition shall take place in-person. Defense counsel will reimburse Plaintiff <u>after</u> the deposition on a rush basis.

2. Anthony Bird's deposition shall be conducted remotely. Defense counsel will reimburse Plaintiff <u>after</u> the deposition on a rush basis.

3. Defendants may serve requests for admission or obtain an affidavit from Plaintiff Patrick Hall regarding document production (or lack thereof) regarding his job applications, as discussed at the conference.

4. The parties shall file a joint proposed scheduling order **by June 10, 2024**, which shall include new fact and expert discovery deadlines, as well as the dates of the Bird and Killingsworth depositions.

5. The parties shall file a joint status letter on the last business Friday of each month, beginning on **Friday, July 26, 2024**.

**SO ORDERED.**

                                                                                   */s/ Ona T. Wang*

Dated: June 4, 2024                                                                **Ona T. Wang**
    New York, New York                                            United States Magistrate Judge