

mwe.com

**MEMO ENDORSED.**

Lindsay F. Ditlow
Attorney at Law
lditlow@mwe.com
+1 212 547 5425

August 1, 2024

Application **GRANTED.** The Post-Discovery Status Conference currently scheduled for October 17, 2024, is adjourned to **Tuesday, October 29, 2024, at 11:00 a.m.** The deadline for dispositive motions is extended to **October 22, 2024.** The parties are directed to file a proposed briefing schedule on the docket.

**VIA E-FILING**

Magistrate Judge Ona T. Wang
United States District Court Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED.**

_____
Ona T. Wang                              Aug. 7, 2024
U.S.M.J.

Re:   *Patrick Hall v. RFR Holding LLC*
      Case No. 1:23-cv-6051-JFK

Dear Magistrate Judge Wang:

    We represent Defendant RFR Holding LLC in the above-captioned matter and respectfully request, with the consent of Plaintiff's counsel, that the Post-Discovery Status Conference scheduled for October 17, 2024 be adjourned to a later date due to a conflict in Defendant's counsel's schedule. The parties are available on October 21, October 22, or any time after October 25, 2024.

    Further, in light of the Court's Order on July 31, 2024, which extended the discovery deadline forty-five (45) to September 20, 2024, Defendant respectfully requests clarification of whether the dispositive motion deadline is similarly extended forty-five (45) days from September 7, 2024 to October 22, 2024.

Sincerely,

*/s/ Lindsay F. Ditlow*
Lindsay F. Ditlow

Cc:   All counsel of record (via ECF)



One Vanderbilt Avenue  New York NY 10017-3852  Tel +1 212 547 5400  Fax +1 212 547 5444
*US practice conducted through McDermott Will & Emery LLP.*