**mwe.com**

Lindsay F. Ditlow
Attorney at Law
lditlow@mwe.com
+1 212 547 5425

August 27, 2024

**VIA E-FILING**

Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Patrick Hall v. RFR Holding LLC*
         Case No. 1:23-cv-6051

Dear Judge Koeltl:

> Application granted. The telephone conference scheduled
> for September 11, 2024, is **adjourned** to **Tuesday,**
> **September 17, 2024,** at **4:30 p.m.**
>
>     Dial-in: 888-363-4749, with access code 8140049.
>
> SO ORDERED.
>
> Dated August 29, 2024          /s/ John G. Koeltl
> New York, New York         ─────────────────────
>                            John G. Koeltl, U.S.D.J.

        We represent Defendant RFR Holding LLC ("RFR") in the above-captioned matter, and respectfully request, with the consent of Plaintiff's counsel, that the motion conference scheduled for September 11, 2024 be adjourned to a later date due to a conflict in Defendant's counsel's schedule. Defendant's counsel is available any time after September 16, 2024.

                                    Sincerely,
                                    */s/ Lindsay F. Ditlow*
                                    Lindsay F. Ditlow

Cc:     All counsel of record (via ECF)



**One Vanderbilt Avenue   New York NY 10017-3852   Tel +1 212 547 5400   Fax +1 212 547 5444**
*US practice conducted through McDermott Will & Emery LLP.*