**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
PATRICK HALL,                                               :
                                                            :
                Plaintiff,              :   23-CV-6051 (JGK) (OTW)
                                                            :
                -against-              :   **ORDER**
                                                            :
RFR HOLDING LLC,                                            :
                                                            :
                Defendant.              :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

        The Court is in receipt of ECF Nos. 76, 77, and 78.

        The Court will hold a status conference in this matter on **Tuesday, October 8, 2024, at 10:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007.  The parties are directed to meet and confer in good faith prior to the conference regarding any outstanding discovery disputes.  The parties are further directed to file a joint proposed conference agenda by **Friday, October 4, 2024**, briefly describing what discovery has been completed, what discovery remains to be done, any outstanding discovery disputes, and what steps counsel has taken to resolve them without Court intervention.

        The discovery deadline is extended to **Tuesday, October 8, 2024**.

        The parties are directed to meet and confer one more time regarding Plaintiff's anticipated motion for sanction.  If Plaintiff still wishes to file a motion for sanctions, the following briefing schedule will apply:

- Plaintiff will file a letter brief of up to three pages, single-spaced, on the docket, by **Tuesday, September 17, 2024**.

- Defendant's opposing letter brief, also limited to three pages, single-spaced, will be due **Tuesday, September 24, 2024**.

- There shall be no replies.

The parties are directed to review my Individual Practices. If no motion for sanctions is filed by September 17, the Court will consider Plaintiff's request for sanctions withdraw. The October 8 status conference will take place unless the parties can finish discovery and resolve all outstanding disputes by then.

The Clerk of Court is respectfully directed to close ECF 77.

**SO ORDERED.**

Dated: September 5, 2024  
New York, New York

_/s/ Ona T. Wang_  
**Ona T. Wang**  
United States Magistrate Judge