UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

                Plaintiff,

   - against -

RFR HOLDING LLC,

                Defendant.

23-cv-6051 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    As discussed at the telephone conference held on September 17, 2024, the defendant may file an amended answer to include a counterclaim on or before **September 24, 2024.** The plaintiff should respond to the counterclaim by **October 4, 2024.**

SO ORDERED.

Dated:    New York, New York
           September 18, 2024

                                              John G. Koeltl
                                      United States District Judge