**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
PATRICK HALL,  :
: 
           Plaintiff,  :  23-CV-6051 (JGK) (OTW)
: 
           -against-  :  **ORDER**
: 
RFR HOLDING LLC,  :
: 
           Defendant.  :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

An in-person status conference in this matter was held on October 8, 2024. For the reasons discussed on the record, it is **HEREBY ORDERED**:

- Plaintiff's request to re-open Aby Rosen's deposition is **DENIED** without prejudice to refiling, subject to the guidance provided at the conference.

- Plaintiff's request for discovery sanctions (ECF 80) is **DENIED** without prejudice to refiling, subject to the guidance provided at the conference.

- The status conference currently scheduled for October 29, 2024, is **ADJOURNED**, *sine die*.

- The deadline for fact discovery is **EXTENDED** to **Friday, November 8, 2024**, without prejudice to further extensions.

- The deadline for expert discovery is **EXTENDED** to **Wednesday, November 20, 2024**, without prejudice to further extensions.

- The parties' next joint status letter is due **Friday, November 22, 2024**.

- The parties do not need to file a joint status letter for October.

The Clerk of Court is respectfully directed to close ECF 80.

**SO ORDERED.**

Dated: October 8, 2024  
New York, New York

*/s/ Ona T. Wang*  
**Ona T. Wang**  
United States Magistrate Judge