UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK HALL,                                    23-cv-6051 (JGK)

             Plaintiff,              ORDER

   - against -

RFR HOLDING LLC,

             Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The plaintiff is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the defendant's counterclaim (ECF No. 86).

**SO ORDERED.**

Dated:   New York, New York
         November 4, 2024

                                           John G. Koeltl
                                   United States District Judge