**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
PATRICK HALL,                                               :
                                                            :
                             Plaintiff,                     :         23-CV-6051 (JGK) (OTW)
                                                            :
              -against-                                     :         ORDER
                                                            :
RFR HOLDING LLC,                                            :
                                                            :
                             Defendant.                     :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF 103. Accordingly, it is ordered that:

- Any motions for summary judgment are due **April 25, 2025**.

- Opposing papers are due **May 27, 2025**.

- Reply papers are due **June 10, 2025**.

**SO ORDERED.**

Dated: February 24, 2025
      New York, New York

                                                  */s/ Ona T. Wang*
                                                  **Ona T. Wang**
                                         United States Magistrate Judge