UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————

PATRICK HALL,

               Plaintiff,          23-cv-6051 (JGK)

      - against -           ORDER

RFR HOLDING LLC,

               Defendant.

———————————————————————————

JOHN G. KOELTL, District Judge:

The parties are directed to appear for oral argument on the motions for summary judgment on **Wednesday, December 3, 2025, at 3:30 p.m.**, in Courtroom 23B, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.
Dated:   New York, New York
        November 25, 2025

                                John G. Koeltl
                    United States District Judge