UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

PATRICK HALL,

                          Plaintiff,                    23-cv-6051 (JGK)

            - against -                                 ORDER

RFR HOLDING LLC,

                          Defendant.

_____

JOHN G. KOELTL, District Judge:

      In light of the parties' letter on ECF No. 137, the oral

argument is adjourned to **January 7, 2026, at 11:30 a.m.**


SO ORDERED.
Dated:    New York, New York
          December 1, 2025

                                        _____
                                              John G. Koeltl
                                        United States District Judge