UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK HALL,

                    Plaintiff,                    23-cv-6051 (JGK)

        - against -                              ORDER

RFR HOLDING LLC,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

The Court has considered all of the parties' arguments. To the extent not addressed specifically, they are either moot or without merit. For the reasons explained on the record on January 7, 2026, RFR's motion for summary judgment is **granted in part** and **denied in part**: it is granted as to Hall's § 740 claim and that claim is dismissed; it is denied as to Hall's breach-of-contract claim and that claim is not dismissed; RFR's motion for summary judgment finding Hall liable on RFR's counterclaim for breach of the release provision is denied. Hall's motion for summary judgment dismissing RFR's counterclaim is **denied.**

The parties are directed to file a joint letter by **January 16, 2026,** advising the Court of the status of settlement discussions and whether the assistance of a magistrate judge would be useful.

The parties are directed to file a joint pretrial order, together with proposed voir dire, requests to charge, and any

motions in limine, by **February 6, 2026.** Responses and objections are due by **February 13, 2026.**

Upon receipt of these submissions, the Court will schedule a ready trial date. The parties should be prepared to commence trial within 48 hours of the ready trial date.

The Clerk is respectfully directed to close all motions pending in this case.

SO ORDERED.
Dated:     New York, New York
           January 8, 2026

_____
John G. Koeltl
United States District Judge

2