**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

PATRICK HALL,                          :
                                       :
            Plaintiff,                  :          23-CV-6051 (JGK) (OTW)
                                       :
      -against-                         :          **ORDER**
                                       :
RFR HOLDING LLC,                        :
                                       :
            Defendant.                  :
------------------------------------------------------------x

      **ONA T. WANG**, **United States Magistrate Judge**:

The Court held a preliminary settlement conference call on February 5, 2026.

As discussed on the call, the parties are directed to submit a joint letter by **Thursday February 12, 2026**, proposing 3 dates in March or April for another preliminary settlement conference call.

      **SO ORDERED.**

/s/ Ona T. Wang

Dated: February 5, 2026          **Ona T. Wang**
      New York, New York          United States Magistrate Judge