UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK HALL,

                    Plaintiff,          23-cv-6051 (JGK)
                                        ORDER
        - against -

RFR HOLDING LLC,

                    Defendant.

---

JOHN G. KOELTL, District Judge:

The Court was advised that Michael J. Sheehan is no longer representing the defendant, RFR Holding LLC. Mr. Sheehan should promptly file a withdrawal.

SO ORDERED.
Dated:    New York, New York
          April 20, 2026

                                   _____
                                        John G. Koeltl
                                   United States District Judge