UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PATRICK HALL,

                        Plaintiff,              23-cv-6051 (JGK)

        - against -             ORDER

RFR HOLDING LLC,

                        Defendant.

---

JOHN G. KOELTL, District Judge:

The parties should submit a proposed joint pretrial order, together with proposed voir dire requests, requests to charge, and motions in limine, by **May 29, 2026.** Response and objections are due by **June 8, 2026.** The parties should be ready for trial on 48 hours' notice by **June 24, 2026.**

SO ORDERED.
Dated:    New York, New York
          May 4, 2026

                                  John G. Koeltl
                        United States District Judge