UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PATRICK HALL,

                Plaintiff,

     - against -

RFR HOLDING LLC,

                Defendant.
_____

23-cv-6051 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference in connection with the parties' letters on ECF Nos. 168-69 on **Wednesday, May 20, 2026, at 2:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
          May 13, 2026

                             _____
                               John G. Koeltl
                     United States District Judge