
## McDermott
## Will & Schulte

Elvira Kras
Attorney at Law
ekras@mcdermottlaw.com
+1 310 788 4102

May 27, 2026

**VIA E-FILING**
Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    *Patrick Hall v. RFR Holding LLC*
       Case No. 1:23-cv-6051-JFK-OTW

Dear Judge Koeltl:

*Application denied. There is no reason given for this extension and the dates have been set since May 4, 2026. So ordered JGKoeltl/US.D.J 5/28/26*

Pursuant to Your Honor's Individual Practices I(c), Defendant RFR Holding LLC ("RFR") hereby respectfully requests a one-week extension of time for the parties to file the proposed joint pretrial order, proposed voir dire requests, requests to charge, and motions in limine from May 29, 2026 to June 5, 2026, along with a corresponding one-week extension of the deadline for objections and responses from June 8, 2026 to June 15, 2026.

The requested extension would not impact the trial-ready date or otherwise delay the schedule contemplated by the Court. Moreover, the additional time would help narrow and streamline the issues presented to the Court, including with respect to motions in limine or other disputes that may otherwise require judicial intervention on an expedited basis, thereby furthering the goals of efficiency and collaboration in preparation for trial.

1.    The deadline for the parties to file the proposed joint pretrial order, proposed voir dire requests, requests to charge, and motions in limine is currently set for May 29, 2026. The current deadline to file objections and responses to these documents is set for June 8, 2026.

2.    The parties have previously filed requests for adjournment or extensions nine times, all of which were granted. RFR has been cooperative throughout this litigation and has not sought extensions in bad faith or for purposes of delay.

3.    Opposing counsel declined to consent to an extension, stating that the Court's order has been in place for several weeks and that the parties had agreed to exchange witness and exhibit lists on May 19, 2026. Counsel represents that they served their materials on that date and have not yet received

**McDermott Will & Schulte**    2049 Century Park East Suite 3200  Los Angeles CA 90067-3206  Tel +1 310 277 4110  Fax +1 310 277 4730

*US practice conducted through McDermott Will & Schulte LLP.*

May 27, 2026
Page 2

Defendant's corresponding submission. Counsel further asserts that an extension would reduce the time available for the Court to consider motions in limine and other pretrial matters before trial. Opposing counsel also notes that, during a prior discussion concerning the trial-ready date, the Court appeared disinclined to extend the schedule and therefore opposes any further adjournment.

RFR respectfully submits that Plaintiff will not be prejudiced by the requested one-week extension. To the extent Plaintiff's counsel has expressed concern about receiving RFR's portion of the joint submission, RFR will provide its materials promptly upon the Court's ruling on this request.

For the foregoing reasons, RFR respectfully requests that the Court grant the requested one-week extensions.

Sincerely,

*/s/ Elvira R. Kras*
Elvira R. Kras

Cc:    All counsel of record (via ECF)

**McDermott Will & Schulte**