UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

     **Plaintiff,**

  - against -

RFR HOLDING LLC,

     **Defendant.**

23-cv-6051 (JGK)

Order

**John G. Koeltl, District Judge:**

   The plaintiff is directed to respond to the defendant's motion to strike the plaintiff's jury demand (ECF No. 227) by **July 1, 2026**. The defendant may reply by **July 3, 2026**.

**SO ORDERED.**

**Dated:**  **New York, New York**
     **June 26, 2026**

         **John G. Koeltl**
        **United States District Judge**