UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PATRICK HALL,

Plaintiff(s)

23 civ 6051 (JGK)

-against-

RFR HOLDING, LLC,

Defendant(s).
-----------------------------------------------------------X

**ORDER**

A final pretrial conference is scheduled for **Tuesday, September 22, 2026, at 3:30pm.**

**Trial is scheduled for Tuesday, September 29, 2026, at 9:00am.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
July 30, 2026