**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**PATRICK HALL,**

**Plaintiff,**

**- against -**

**RFR HOLDING LLC,**

**Defendant.**

**23-cv-6051 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The defendant's motions in limine and the plaintiff's application for leave to present remote testimony are decided as indicated on the record today. Therefore, the Clerk of Court is respectfully directed to close ECF Nos. 188, 191, 194, 197, 200, 202, and 235.

**SO ORDERED.**

**Dated: New York, New York**
**August 24, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**