UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

Plaintiff,

- against -

RFR HOLDING LLC,

Defendant.

23-cv-6051 (JGK)

Order

**John G. Koeltl, District Judge:**

In the defendant's September 25, 2026 letter, the defendant asks for guidance about whether a deposition snippet and a chart can be used in opening statements. See ECF No. 262. The Court's practice is that no documents or aids can be used in openings unless the parties agree to such a presentation. No evidence has been admitted and no demonstratives have been shown (with any necessary limiting instructions). The parties can refer to what they expect the evidence to show, but cannot show the evidence until it is admitted in evidence or shown in the course of the trial with any limiting instructions, unless the parties otherwise agree.

It is also useful to remind the parties again that the trial will be conducted pursuant to the Federal Rules of Evidence.

**SO ORDERED.**

**Dated:** New York, New York
September 25, 2026

John G. Koeltl
United States District Judge