UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

Plaintiff,

- against -

RFR HOLDING LLC,

Defendant.

23-cv-6051 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties have failed to comply with the Court's order to submit the requests to charge by today. The parties should submit their requests to charge as soon as possible.

SO ORDERED.

Dated: New York, New York
September 25, 2026

John G. Koeltl
United States District Judge