UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

Plaintiff,

- against -

RFR HOLDING LLC,

Defendant.

23-cv-6051 (JGK)

Order

**John G. Koeltl, District Judge:**

The defendant may submit a reply in support of its motion for judgment as a matter of law (ECF No. 272) by **Friday, October 9, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
October 2, 2026

John G. Koeltl
United States District Judge