UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

Plaintiff,

- against -

RFR HOLDING LLC,

Defendant.

23-cv-6051 (JGK)

Order

**John G. Koeltl, District Judge:**

The time for the defendant to file its reply in support of its motion pursuant to Fed. R. Civ. P. 50(a) is **Friday, October 9, 2026.** Defense counsel also expressed a desire to make a motion under Fed. R. Civ. P. 50(b). The parties may make any appropriate motions under Fed. R. Civ. 50(b), Fed. R. Civ. P. 59, or any other proper basis. The parties should consult and propose a schedule for any such motions by **Friday, October 9, 2026.**

SO ORDERED.

Dated: New York, New York
October 5, 2026

John G. Koeltl
United States District Judge