UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK HALL,

Plaintiff,

- against -

RFR HOLDING LLC,

Defendant.

23-cv-6051 (JGK)

Order

John G. Koeltl, District Judge:

The Clerk is respectfully requested to enter judgment for the plaintiff Patrick Hall and against the defendant RFR Holding LLC in the nominal amount of $1 on Patrick Hall's claim for breach of contract (First Cause of Action). The Second Cause of Action for Violation of New York Labor Law § 740 is dismissed with prejudice. The Clerk is also requested to close any pending motions and to close this case.

SO ORDERED.

Dated: New York, New York
November 3, 2026

John G. Koeltl
United States District Judge