**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
PATRICK HALL

Plaintiff,

-against-

23 **CIVIL** 6051 (JGK)

# JUDGMENT

RFR HOLDING LLC,

Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 3, 2026, judgment is entered for the plaintiff Patrick Hall and against the defendant RFR Holding LLC in the nominal amount of $1 on Patrick Hall's claim for breach of contract (First Cause of Ac-tion). The Second Cause of Action for Violation of New York Labor Law§ 740 is dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

November 6, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**